WR-82,736-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/5/2015 4:17:50 PM
Accepted 8/6/2015 8:31:03 AM
ABEL ACOSTA
CLERK

NO. 9402JD-HC-1

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
8/6/2015
ABEL ACOSTA, CLERK

EX PARTE FREDERICK D. ERVIN, APPLICANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPLICATION FOR WRIT OF HABEAS CORPUS CAUSE NO. 9402JD-HC-1 FROM THE 1A
JUDICIAL DISTRICT COURT OF JASPER COUNTY, TEXAS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH APRIL 15, 2015, PER
CURIAM ORDER OF THE COURT OF CRIMINAL APPEALS OF THE STATE OF TEXAS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STEVEN M. HOLLIS CRIMINAL
DISTRICT ATTORNEY JASPER
COUNTY, TEXAS
SBN: 09882750

ANNE PICKLE
ASSISTANT CRIMINAL DISTRICT ATTORNEY
JASPER COUNTY, TEXAS
SBN: 00791445

9402JD-HC-1

# IN THE COURT OF CRIMINAL
APPEALS OF THE STATE OF TEXAS

## EX PARTE FREDERICK D. ERVIN, APPLICANT

*****************************************************************************

\*

## STATE'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE APRIL 15, 2015, ORDER OF THE COURT OF CRIMINAL APPEALS, STATE OF TEXAS

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

The State of Texas, by and through the Criminal District Attorney for Jasper County, Texas, respectfully presents its Motion for Extension of time to comply with this Court's April 15, 2015, Order. The State of Texas respectfully shows as follows:

### I.

On April 15, 2015, this Court issued an Order directing the Trial Court to order Applicant's trial counsel to respond to Applicant's ineffective assistance of counsel claim. This Court further ordered the Trial Court to make findings of fact and conclusions of law as to whether trial counsel's conduct was deficient, and, if so, whether Applicant was prejudiced. This Court further provided that the Application would be held in abeyance until the trial court resolved the fact issues, which was to be done within 90 days of April 15, 2015. A supplemental transcript was to be provided to this Court within 120 days of April 15, 2015.

### II.

An order was prepared and filed directing Applicant's trial attorney to prepare and file an affidavit responding to Applicant's allegations. Applicant's attorney did prepare and file such an affidavit, but a copy of the affidavit was not provided to the District Attorney's office. The District Attorney's office only became aware of the filing of the affidavit on August 5, 2015. The State therefore requests a thirty (30) day extension of time for preparation of the Findings of Fact and Conclusions of Law, and for Supplementation of the Clerk's record.

### III.

The request for extension of time is not made for the purpose of delay, but so that justice may be served and for the purpose of proper compliance with this Court's order.

WHEREFORE, PREMISES CONSIDERED, the State of Texas prays that this Motion be granted. The State of Texas prays for any relief to which it may be entitled.

Respectfully submitted,

STEVEN M. HOLLIS
CRIMINAL DISTRICT ATTORNEY
SBN: 09882750
121 N. Austin, Room 101
Jasper, Texas 75951
(409) 384-4362
(409) 384-1309 *fax*

Anne Pickle
Assistant Criminal District Attorney
SBN: 00791445

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2015, a true and correct copy of the above and forgoing Motion for Extension of Time was served by U.S. Mail, on Respondent here. Frederick D. Ervin, ID # 01223326, Connally Unit, 899 FM 632, Kenedy, Texas 78119.

Anne Pickle